IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| CELL AND NETWORK SELECTION LLC, | § § § | |
| Plaintiff, | § § | Civil Action No.  6:11-cv-00706-LED |
| v. | § § | |
| AT&T MOBILITY LLC, HTC CORPORATION, HTC AMERICA, INC., SIERRA WIRELESS AMERICA, INC., | § § § § § | **Jury Trial Demanded** |
| Defendants. | § § | |

**DECLARATION OF DOOYONG LEE IN SUPPORT OF PLAINTIFF CELL AND NETWORK SELECTION LLC'S RESPONSE TO DEFENDANTS' MOTION TO TRANSFER TO THE SOUTHERN DISTRICT OF CALIFORNIA**

I, Dooyong Lee, declare as follows:

1. My name is Dooyong Lee. I have personal knowledge of the matters set forth in this declaration and, if called upon as a witness, I could testify competently to the truth of each of the statements herein.

2. I am the Chief Executive Officer of Plaintiff Cell and Network Selection LLC ("CNS"). CNS was incorporated under the laws of Texas on June 10, 2011.  CNS's business includes acquisition and licensing of intellectual property.

3. CNS is a Texas company that maintains its principal place of business in Frisco, Texas, and its parent company, Acacia Research Group LLC ("Acacia"), likewise is a Texas company with its principal place of business in Frisco, Texas.  Both Acacia and CNS maintain their principal bank accounts in Frisco, Texas.

4. CNS holds all substantial rights and interest in '551 Patent.  CNS, and/or Acacia have been actively engaged in extensive business efforts, including extensive pre-litigation efforts,

1

related to the '551 Patent, including efforts to license, covenant, enforce, or otherwise grant rights to the '551 Patent.

5. A majority of CNS's principals, including myself (CEO of CNS), Mr. Marvin Key (officer of CNS), and Mrs. Tisha Stender (officer of CNS) work primarily from their respective offices in the Eastern District of Texas. All of those officers have knowledge of relevant facts and are potential witnesses in this case.

6. My wife and I maintain our full-time, permanent residence in the Eastern District of Texas. I have a bank account in the Eastern District of Texas. I have a Texas Driver's License. My automobile is registered here in Texas, and my auto insurance reflects my permanent residence in Texas. Except to the extent I must travel for work, I work almost exclusively from my office in the Eastern District of Texas.

7. Ms. Tisha Stender maintains her full-time, permanent residence in the Eastern District of Texas. Her family lives with her in the Eastern District of Texas. She has a bank account in the Eastern District of Texas. She has a Texas Driver's License. Her automobile is registered in Texas, and her auto insurance reflects her permanent residence in Texas. She works almost exclusively from her office in the Eastern District of Texas. She is licensed to practice law in the State of Texas.

8. Mr. Marvin Key lives with his family in Texas and maintains his permanent, full-time residence in Texas. With regard to that residence, Mr. Key owns his Texas home, which is approximately 20 miles or less from his office in the Eastern District of Texas. He works almost exclusively from his office in the Eastern District of Texas.

9. Many of CNS's documents are available in the Eastern District of Texas, at CNS's office in Frisco, Texas, including documents related to CNS's licensing efforts, documents

relating to CNS's corporate formation, and documents relating to the '551 Patent and other patents owned by CNS, among others.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed: this 9th day of November, 2012

_____
Dooyong Lee