**Register** | **Sign In**
**Subscriber Services**

Web Search by Yahoo!

Search    Blog Keywords

News　Sports　Business　Entertainment　Life　Health　Travel　Opinion　Autos　Real Estate　Jobs　Shopping　Classifieds

Elections　Weather　Traffic　Investigations　Obituaries　Celebrations　Photos　Video　Blogs　eBooks　Contact Us　Subscribe

Home > Business > Technology > Technology Blog

Comments **4** | Recommend 1

# AT&T will launch its 4G LTE network in Dallas, Houston, Chicago, Atlanta and San Antonio this summer



By Victor Godinez/Reporter
vgodinez@dallasnews.com | Bio
9:11 AM on Wed., May. 25, 2011 | Permalink

AT&T chief technology officer John Donovan today outlined in a blog post the first steps the Dallas-based telecommunications giant will take with the deployment of its LTE network.

Texas is going to get some major love:

> The next network evolution will arrive this summer with the addition of LTE in five markets - Dallas, Houston, Chicago, Atlanta and San Antonio. We plan to add another 10 or more markets in the second half of the year, and cover 70 million Americans with LTE by year-end. We also have plans to add 20 4G devices to our robust device portfolio this year, with some of those being LTE capable.

No word on what the first LTE devices will be. But traditionally, new networks launch first with USB data sticks, then Wi-Fi hotspots and phones.

Donovan also notes that AT&T will continue to support its existing HSPA+ 4G service. It will be interesting to see how it differentiates HSPA+ 4G from LTE 4G in its marketing efforts.

Does LTE become Super 4G? 5G?

------------------------
Follow me on Twitter!

| MORE FROM *DALLASNEWS.COM* | FROM THE WEB |
|---|---|
| Business Houston, Dallas areas leading the homebuilding market comeback | AOL Autos<br>102-Year-Old Woman Still Drives Her 82-Year-Old Car |
| Sports Rangers fans don't seem to care about rest of baseball | Styleblazer<br>14 Of The Most Airbrushed Celebrity Pics (See The Before And Afters) |
| Sports Hot Air: Before his Sunday broadcast, Cris Collinsworth critiques Cowboys | ThePostGame<br>Diver's Body Found Mummified 13 Years After Death |
| Business AT&T to expand wireless, wired broadband reach | StyleBistro<br>Supermodel Heidi Klum's Kid Is Growing Up Gorgeous |
| Business - Premium Report: Dallas-Fort Worth incomes not keeping pace with housing and transportation costs | CafeMom<br>Man Who Sued Wife Over 'Ugly' Baby Shows Why Plastic Surgery Shouldn't Be Secret |

What's this?

## Leave Comment

### Having problems seeing comments?

**Guidelines:** We welcome your thoughts, but for the sake of all readers, please refrain from the use of obscenities, personal attacks or racial slurs. All comments are subject to our terms of service and may be removed. Repeat offenders may lose commenting privileges.

**You must be logged in to contribute.** Log in | Register Now!

4 comments　　　　　　　　　　　　　　Sort by: Newest to Oldest 

### ARCHIVES　SELECT A MONTH

### TECHNOLOGY STORIES >

- Should you buy an iPad Mini?
- Research in Motion cuts jobs at U.S. headquarters in Irving
- Sugar Land approves incentives for Texas Instruments to build an R&D center
- Windows 8 brings desktop and tablet worlds together
- Microsoft enters hardware business with Surface tablet computer
- Microsoft unveils radically redesigned Windows 8 that aims to bridge PC-mobile divide
- Hewlett-Packard CEO Meg Whitman sees bigger role for Texas in company's future
- The Samsung Galaxy Note II — is it a phone or a tablet?

### CATEGORIES

3-D
3D
3G
4G
4K
AT&T
Advertising
Aging
Amazon
Android
Apple
Apps
Asus
Automotive
Banking
Best Buy
Biotech
Black Friday
BlackBerry
Blockbuster
Blogging
Blu-ray
Books
Broadband
Browsers
CES
Cars