IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| **CELL AND NETWORK SELECTION LLC,** | § § § § § § § § § § | |
| *Plaintiff*, | | Civil Action No. 6:11-CV-706-LED |
| v. | | |
| **AT&T MOBILITY LLC,** *et al.*, | | JURY TRIAL DEMANDED |
| *Defendants*. | | |

### PLAINTIFF CELL AND NETWORK SELECTION, LLC'S MOTION TO DISMISS WITHOUT PREJUDICE

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Plaintiff Cell and Network Selection, LLC ("CNS") moves for dismissal without prejudice of its claims asserted in the above styled and numbered cause against Defendant AT&T Mobility LLC, Sierra Wireless, Inc. and Sierra Wireless America.  CNS respectfully files this Motion in order to address claims by Defendants in the case regarding ambiguities in CNS's standing to bring its claims.  While CNS believes that it had proper standing to bring and maintain its claims against Defendants, in order to avoid needless motion practice and expenditure of the resources of the Court, CNS respectfully requests the Court dismiss CNS's claims without prejudice subject to CNS' refiling (contemporaneously with this Motion) after taking all reasonable steps to address Defendants' stated concerns regarding standing.  CNS's Motion is not sought for purposes of delay and will not prejudice Defendants in any way.

Respectfully Submitted,

_____
Eric M. Albritton
Texas State Bar No. 00790215
ema@emafirm.com
ALBRITTON LAW FIRM
P.O. Box 2649
Longview, Texas 75606
Telephone: (903) 757-8449
Facsimile: (903) 758-7397

Andrew G. DiNovo
Texas State Bar No. 00790594
adinovo@dpelaw.com
Adam G. Price
Texas State Bar No. 24027750
aprice@dpelaw.com
Chester J. Shiu
Texas State Bar No. 24071126
cshiu@dpelaw.com
John D. Saba Jr.
Texas State Bar No. 24037415
jsaba@dpelaw.com
DINOVO PRICE ELLWANGER
& HARDY LLP
7000 N. MoPac Expressway, Suite 350
Austin, Texas 78731
Telephone: (512) 539-2622
Facsimile: (512) 539-2627

*Counsel for Cell and Network Selection LLC*

## CERTIFICATE OF SERVICE

      Pursuant to Federal Rule of Civil Procedure 5(d) and Local Rule CV-5(c), the undersigned certifies that the foregoing document is being filed electronically in compliance with Local Rule CV-5(a). As such, the document is being served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), any other counsel of record will be served with a true and correct copy of the foregoing by email on this 15th day of May 2013.

/s/ Eric M. Albritton
Eric M. Albritton